# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Bryson Pond<br><br>*Defendant(s)* | Case No. SA-25-MJ-1451 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 3, 2025 - October 19, 2025** in the county of **BEXAR** in the **WESTERN** District of **TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252A(a)(2) | Knowingly received any child pornography, using any means or facility of interstate and foreign commerce and which has been transmitted in and affecting interstate and foreign commerce, by any means, including by computer |
| | Penalties: 5-20 years imprisonment, $250,000 fine, Minimum 5 years supervised release, $100 mandatory special assessment, $5000 assessment pursuant to JVTA |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*
John White, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: October 21, 2025

City and state: San Antonio, Texas

*Judge's signature*
RICHARD B. FARRER, US MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John White, being duly sworn, depose and state that:

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed by the FBI since 2018. I am currently assigned to the San Antonio Field Office where I investigate Crimes Against Children violations. I have experience conducting federal criminal investigations, including crimes against children, drug trafficking, illegal firearms distribution, racketeering, Hobbs Act robbery, money laundering, violent gangs, and extortion. I have received training in child pornography and child exploitation and have had the opportunity to observe and review examples of child exploitation and child pornography (as defined in 18 U.S.C § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in all forms of media including computer media.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **Bryson Pond (POND)** has committed the crime of Receipt of Child Pornography, in violation of Title 18 U.S.C. § 2252A(a)(2).

4. The FBI conducts operations on the Internet to identify persons using peer-to-peer (P2P) software to traffic child sexual abuse material. In August 2025, the FBI identified IP

address 150.220.115.2 making Files of Interest (files associated with child pornography) available on the BitTorrent Network.

5. Between August 3, 2025, and August 28, 2025, Special Agents with both FBI San Antonio's Violent Crimes against Children's Unit and FBI Dallas' Violent Crimes against Children's Unit downloaded numerous files directly from a computer using IP address 150.220.115.2. The IP address was recorded along with the dates and times of the file transfers for each file downloaded. Many of these files depict the sexual exploitation of children.

6. Specifically, on August 3, 2025, the Dallas VCAC Unit downloaded 88 files directly from IP address 150.220.115.2. One of the video files is titled "rape", is 3:42 in length, and depicts a toddler lying on her back, naked aside from her panties pulled to the side. The toddler's legs are pulled up towards her chest, exposing her vagina. An adult male erect penis continually inserts the head of his penis into the toddler's vagina. The toddler has a blindfold on and appears to be in pain and crying at the :37 mark. At 3:14, the adult male turns the toddler over onto her stomach and attempts penetration of her anus.

7. Between August 26, 2025, and August 28, 2025, the FBI San Antonio VCAC Unit downloaded 142 files directly from IP address 150.220.115.2. One of the files downloaded was titled "CRAMPIE FULL PART 1", is 5:52 in length and depicts a prepubescent female naked on top of an adult male with an erect penis. The adult male repeatedly sexually penetrates the vagina with his erect penis until he ejaculates inside of the prepubescent female's vagina. The video cuts to another scene, where the prepubescent female is lying naked in the supine position. The adult male inserts his penis into the prepubescent female's

vagina and repeatedly sexually penetrated the vagina until he ejaculates inside of the prepubescent female's vagina.

8. FBI San Antonio issued an administrative subpoena to Charter Communications, Inc., requesting records associated with IP address 150.220.115.2 that was used on the dates and times of the downloads listed above. Charter Communications, Inc., reported the IP address was assigned to Bryson Pond at a home on House Wren Fall in San Antonio, Texas.

9. On several occasions FBI San Antonio SA's conducted surveillance at the residence on House Wren Fall, San Antonio, TX 78253, and observed POND depart the residence, bring trashcans inside the garage, and retrieve packages from the front door. No other individual was seen coming and going from the residence.

10. On October 20, 2025, a search warrant was executed for electronic devices on Bryson POND, and his house on House Wren Fall Street, San Antonio, TX 78253. During the execution of the search warrant, numerous electronic devices were located. A desktop computer was in POND's office in the house. A forensic preview of the desktop showed multiple applications installed such as BitTorrent, uTorrent, and the Tor Browser. Mega was running on one of the computer's open tabs. Mega was open to a folder titled "bop sluts." On a USB thumb drive attached to the computer were numerous files depicting the sexual abuse of prepubescent children, as well as bestiality, sadomasochistic activity, and the sexual assault of toddlers. Two of those files are described below:

    a. One video, 10:37 in length, titled "Tami 11Yo Blowjob w Cumshot". File creation date: 10/13/2025. This video depicts a minor female performing oral sex on an adult male's erect penis.

vagina and repeatedly sexually penetrated the vagina until he ejaculates inside of the prepubescent female's vagina.

8. FBI San Antonio issued an administrative subpoena to Charter Communications, Inc., requesting records associated with IP address 150.220.115.2 that was used on the dates and times of the downloads listed above. Charter Communications, Inc., reported the IP address was assigned to Bryson Pond at a home on House Wren Fall in San Antonio, Texas.

9. On several occasions FBI San Antonio SA's conducted surveillance at the residence on House Wren Fall, San Antonio, TX 78253, and observed POND depart the residence, bring trashcans inside the garage, and retrieve packages from the front door. No other individual was seen coming and going from the residence.

10. On October 20, 2025, a search warrant was executed for electronic devices on Bryson POND, and his house on House Wren Fall Street, San Antonio, TX 78253. During the execution of the search warrant, numerous electronic devices were located. A desktop computer was in POND's office in the house. A forensic preview of the desktop showed multiple applications installed such as BitTorrent, uTorrent, and the Tor Browser. Mega was running on one of the computer's open tabs. Mega was open to a folder titled "bop sluts." On a USB thumb drive attached to the computer were numerous files depicting the sexual abuse of prepubescent children, as well as bestiality, sadomasochistic activity, and the sexual assault of toddlers. Two of those files are described below:

    a. One video, 10:37 in length, titled "Tami 11Yo Blowjob w Cumshot". File creation date: 10/13/2025. This video depicts a minor female performing oral sex on an adult male's erect penis.

    b. One video, 26:55 in length, titled "[2] (1)". File creation date: 09/23/2025. This video depicts a minor, prepubescent female performing oral sex on an adult male's erect penis. Later in the video, the adult male inserts various sex toys into the female's vagina. The adult male then inserts his penis into the female's vagina.

11. Based on the facts as stated in this document, there is probable cause to believe that between August 3, 2025, and October 19, 2025, the defendant, Bryson **POND**, did knowingly receive any child pornography, using any means or facility of interstate and foreign commerce and which has been transmitted in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18 U.S.C. § 2252A(a)(2).

12. I respectfully request that the Court issue a Criminal Complaint for Bryson Pond.

Respectfully submitted,

_____
John White
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically on October __21st__, 2025.

_____
Honorable Richard B. Farrer
United States Magistrate Judge